UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREW BUTLER, III,

    Plaintiff,

v.                                                    Case No. 5:21-cv-202-TKW-MJF

STEVEN F. COOK, *et al*.,

    Defendants.
                                    /

## **REPORT AND RECOMMENDATION**

    This prisoner civil rights case, filed by Plaintiff Andrew Butler under 42 U.S.C. § 1983, is before the court upon referral from the clerk of the court. The undersigned recommends that this case be dismissed for Plaintiff's failure to comply with orders of this court.[1]

    Butler initiated this action on October 4, 2021, by filling a *pro se* civil rights complaint purportedly on behalf of himself and Kelly Ann Swaby. Doc. 1. The complaint did not contain Ms. Swaby's signature, and it was not accompanied by the $402.00 filing fee or an application for leave to proceed *in forma pauperis*.

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

On October 15, 2021, the undersigned ordered Butler to file the following by November 15, 2021: (1) an amended civil rights complaint on the court-approved form that removed Ms. Swaby as a co-Plaintiff and that was limited to Butler's individual claims against the Defendants, and (2) the filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 3. Butler was warned that failure to comply timely with the order likely would result in dismissal of this case. *Id*. at 4. Butler has not complied with the order and has not responded to the December 14, 2021, show cause order. Doc. 6.[2]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for failure to comply with orders of this court.[3]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 5th day of January, 2022.

---

[2] Although Butler filed a prisoner consent form and account printout on November 4 2021, Doc. 5, he has not complied with the remaining requirements of the October 15, 2021, order; specifically, Butler has not filed an amended complaint and a motion for leave to proceed *in forma pauperis* with supporting affidavit.

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**